IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:24-CV-00352-M

| | |
|---|---|
| IN RE ADVANCE STORES COMPANY, INCORPORATED, DATA BREACH LITIGATION. | ORDER |

This matter comes before the court on Plaintiff's unopposed motion to consolidate three putative class actions with this consolidated class action [DE 16]. For the same reasons underlying the court's order at Docket Entry 13, the motion is GRANTED. Case Numbers 5:24-CV-00426, 5:24-CV-00419, and 5:24-CV-00404 are consolidated with this action, and the Clerk of Court is directed to subsequently close those cases. All future pleadings, motions, briefs, and other papers shall be filed in Case No. 5:24-CV-00352.

SO ORDERED this 31st day of July, 2024.

*Richard E Myers II*
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE